**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| | ) | |
| IN RE: | ) | |
| | ) | |
| NG GROUP, LLC | ) | Case No. 17-11562-BFK |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | |
| | ) | |

**ORDER REGARDING TRUSTEE'S MOTION FOR ENTRY OF ORDER
REQUIRING PATRICK R. BLASZ TO SHOW CAUSE WHY HE
SHOULD NOT BE FOUND TO BE IN CONTEMPT OF COURT
FOR FAILURE TO COMPLY WITH COURT ORDER**

Upon consideration of the Trustee's Motion for Entry of Order Requiring Patrick R.

Blasz to Show Cause Why He Should Not Be Found to Be In Contempt of Court for Failure to

Comply with Court Order (Docket No. 60) (the "Motion"), filed on behalf of Janet M.

Meiburger, Chapter 7 Trustee, and after a hearing thereon, and the Court finding that good cause

exists to grant the Motion, it is hereby

ORDERED that Patrick R. Blasz shall turn over the retainer paid to him by the Debtor, in

the amount of $3,000.00, to the Chapter 7 Trustee, to be paid in monthly installments of $500.00

each for six months, commencing on July 1, 2018, with the final payment due no later than

December 1, 2018; and it is further

_____

Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Proposed Counsel for Chapter 7 Trustee

ORDERED that, if there is a default in payment, the Trustee shall give notice of such default to Mr. Blasz by email to pblasz@blaszlaw.com and by first mail, postage prepaid, to 10224 Tamarack Drive, Vienna, VA 22182 stating as follows:

    a.  That Mr. Blasz is in default in making at least one payment required under this Order;

    b.  The dates(s) and amount(s) of each payment missed;

    c.  The action necessary to cure the default, including any address to which payments must be mailed;

    d.  That Mr. Blasz must take one of the following actions within ten (10) days after the date of mailing of the Notice of Default:

        i.  Cure the default;

        ii.  File an objection with the Court stating that no default exists; or

        iii.  File an objection with the Court stating any other reason why a judgment order for the remaining amount due should not be entered;

    e.  That if Mr. Blasz does not take one of the actions set forth in subparagraph (d), above, the Trustee will file a certification stating that she has complied with the terms of this Order and that the Court may enter a judgment order for the remaining amount due; and it is further

ORDERED that if there is a default in payment, and Mr. Blasz does not take one of the actions set forth in subparagraph (d) above, the Trustee may submit a certification stating there has been a default in payment, that she has sent notice of default to Mr. Blasz that complies with the terms of this order, and that Mr. Blasz has not taken any of the actions set forth in

subparagraph (d) above, and may submit with the certification a proposed judgment order for the

remaining amount owed.

Date:_____Jun 7 2018_____

/s/ Brian F. Kenney
_____

U.S. Bankruptcy Judge

Entered on Docket:____Jun 8 2018_____

I ASK FOR THIS:


/s/ Janet M. Meiburger_____
Janet M. Meiburger, Esq., VSB No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, Virginia 22101
Phone: (703) 556-7871
*Proposed Counsel to the Chapter 7 Trustee*

<u>Local Rule 9022-1(C) Certification</u>

I hereby certify that the foregoing [proposed] Order Regarding Trustee's Motion for

Entry of Order Requiring Patrick R. Blasz to Show Cause Why He Should Not Be Found to Be

in Contempt of Court for Failure to Comply with Court Order has been endorsed by all necessary

parties.

<u>/s/ Janet M. Meiburger</u>
Janet M. Meiburger

**PARTIES TO RECEIVE COPIES BY MAIL:**

Patrick R. Blasz
10224 Tamarack Drive
Vienna, VA 22182

Joseph A. Guzinski, Esq.
Office of the United States Trustee
115 South Union Street, Room 210
Alexandria, VA 22314